In the Matter of CONSOLIDATED MUTUAL INSURANCE COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Appellant; HAROLD J. LEVY, on Behalf of Himself and All Others Similarly Situated, et al., Respondents.

The claimants have demonstrated that they have met the prerequisites of CPLR 901 for the maintenance of a class action (*see, e.g., Hoerger v Board of Educ.*, 98 AD2d 274, 283). Nothing in the Insurance Law prevents this claim from being pursued as a class action; moreover, Insurance Law former § 543 (now Insurance Law § 7432) has been satisfied by the filing of a notice of claim on behalf of the class (*see, Hoerger v Board of Educ., supra*, pp 280-281). O'Connor, J. P., Rubin, Lawrence and Eiber, JJ., concur.